Supreme Court   Sept' term 1826.   Attachment against Jeremiah V. R. Ten Eyck

Territory of Michigan
  Supreme Court   Ss:

The United States of America *To the Marshal of the United States in &* [SEAL]   *for the Territory of Michigan*

You are hereby Commanded that you attach the body of Jeremiah Van Rensellaer Ten Eyck, if he may be found in the Territory of Michigan, and bring him forthwith before the Judges of the Supreme Court of the Territory aforesaid at the Council House in the City of Detroit, then and there to answer for his Contempt of the said Court—

Hereof. fail not— but of this writ make due return— Witness   The Hon James Witherell presiding Judge of our said Supreme Court at the city of Detroit this twenty ninth day of September in the year of our Lord one thousand Eight hundred and twenty six—and of the Independence of the United States of America the fifty first

JOHN WINDER
Clerk

Fil^d in open Court Oct. 3.
1826.

*United States vs* } Supreme Court and Circuit and District Court of the United *J V. R. Ten Eyck* } States   Attachment for contempt.

And now the said J. V. R. Ten Eyck here in court comes and says that he finds this case entered against him in the Journals of both courts aforesaid, therefore moves this Hon. Court that the entry on one of the journals aforesaid to wit on the Journal of Sup. Court may be stricken out and the same stand corrected as the Hon. Court shall direct that he may know who is to be his Prosecutor in this Court

LEIB & LEROY his Attys—